**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM GOMEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    16-cv-428 |
| | ) | |
| ASCLOSE, INC., GRANITE HOLDINGS, LLC, | ) | *Honorable Judge Samuel Der-Yeghiayan* |
| | ) | |
| Defendants. | ) | *Magistrate Judge Michael T. Mason* |

### STIPULATION TO DISMISS ALL CLAIMS

**It is hereby stipulated and agreed between the parties**, by and through their undersigned attorneys, that the above-entitled action is settled, and that Plaintiff's Complaint is hereby dismissed with prejudice and without costs.

WILLIAM GOMEZ


By:    /s/  John Steele           
John Steele (jsteele@accessibilitylawgroup.com)
Accessibility Law Group
500 Michigan Ave, Suite 600
Chicago, Illinois 60611
Phone: (312) 396-4154
Fax: (309) 674-6032

ASCLOSE, INC. and GRANITE HOLDINGS, LLC


By:    /s/  Eric D. Kaplan               
Eric D. Kaplan (ekaplan@kpglaw.com)
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 N. LaSalle Street, Suite 2108
Chicago, Illinois 60601
Phone: (312) 726-0531
Fax:    (312) 726-4928

SO ORDERED

_____
The Honorable Samuel Der-Yeghiayan

Date: _____

Order Prepared By:
Eric D. Kaplan (ekaplan@kpglaw.com)
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 N. LaSalle Street, Suite 2108
Chicago, Illinois 60601
Phone: (312) 726-0531
Fax:    (312) 726-4928